IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MFON PIUS

　　　　　Plaintiff(s)

vs.

EQUIFAX CREDIT SERVICES, INC.

　　　　　Defendant(s)

Civil Action No. WMN 00 695

___ FEE PAID
___ FEE NOT PAID (SEND LETTER)

✓ FEE PAID
___ FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __NATHAN D. ADLER__ Esquire a member of the Bar of this court, moves the admission of __BRADLEY J. MILLER__ Esquire to appear pro hac vice in the captioned proceeding as counsel for DEFENDANT, EQUIFAX CREDIT INFORMATION SERVICES, INC.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __GEORGIA__

and/or the following United States Court(s): __UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or set forth all relevant facts, including disposition, as follows: ____

FILED 2000 JUL 26 P 1:22 U.S. DISTRICT COURT DISTRICT OF MARYLAND
BY ___ DEPUTY CLERK'S OFFICE AT BALTIMORE

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT**

Revised 6/1/98



- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _/s/ Nathan P. Adler_ | _/s/ Bradley J. Miller_ |
| Signature   NATHAN D ADLER | Signature   BRADLEY J MILLER |
| NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER ONE SOUTH ST, 27TH FL, BALTIMORE MD 21202-3201 | KILPATRICK STOCKTON LLP 1100 PEACHTREE ST, SUITE 2800 ATLANTA GA 30309 |
| Address | Address |
| | |
| (410) 332-8516 | (404) 815-6500 |
| Office phone number | Office phone number |
| (410) 951-6039 | (404) 815-6555 |
| Fax number | Fax number |
| 22645; ADMITTED 8/19/94 | |
| Md. U. S. District Court Number | |

### ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_7/26/00_                                       _/s/_
Dated                                           Judge, U. S. District Court